No. 79–192. NEW YORK GASLIGHT CLUB, INC., ET AL. *v.* CAREY. C. A. 2d Cir. [Certiorari granted, *ante,* p. 897.] Motion of the Solicitor General for divided argument granted.

No. 79–244. UNITED STATES *v.* SALVUCCI ET AL. C. A. 1st Cir. [Certiorari granted, *ante,* p. 989.] Motions of respondents for appointment of counsel granted, and it is ordered that John C. McBride, Esquire, of Everett, Mass., be appointed to serve as counsel for respondent Zackular; and it is ordered that Willie J. Davis, Esquire, of Boston, Mass., be appointed to serve as counsel for respondent Salvucci in this case. Motions of respondents for divided argument granted.

No. 79–394. UNITED STATES *v.* WARD, DBA L. O. WARD OIL & GAS OPERATIONS. C. A. 10th Cir. [Certiorari granted, *ante,* p. 939.] Motion of Mountain States Legal Foundation et al. for leave to participate in oral argument as *amici curiae* denied.

No. 79–421. BRYANT ET AL. *v.* YELLEN ET AL.;
No. 79–425. CALIFORNIA ET AL. *v.* YELLEN ET AL.; and
No. 79–435. IMPERIAL IRRIGATION DISTRICT ET AL. *v.* YELLEN ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 978.] Motion of petitioners for additional time for oral argument granted, and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 79–509. EXXON CORP. *v.* DEPARTMENT OF REVENUE OF WISCONSIN. Sup. Ct. Wis. [Probable jurisdiction noted, *ante,* p. 961.] Motion of Associated Dry Goods Corp. for leave to file a brief as *amicus curiae* granted.

No. 79–701. ROADWAY EXPRESS, INC. *v.* MONK ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 1012.] Joint motion to dispense with printing appendix granted.